UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00681-MOC

| | |
|---|---|
| **SHARON-VICTORIA DYE,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **SD TRUST** | ) |
| **WELLS FARGO** | ) |
| **FUNDS MANAGEMENT BRANCH** | ) |
| **JOHN STUMPF,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on federal defendants' Motion to Dismiss (#13). From a preliminary reading of the motion, defendants seek dismissal of this case as a matter of law. In furtherance of the principles set forth in Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court will advise the plaintiff, who is proceeding pro se, of her obligation to respond to the Motion as follows:

1.  You may file a brief written argument opposing the defendants' Motions to Dismiss on or before December 2, 2016.

2.  You are hereby advised that you have until December 9, 2016, in which to file your response. If you fail to respond to the motion, the Court will proceed to decide the matter. A copy of the response must be served on the opposite party and a certificate of service must be filed with the Court showing that a copy has been sent to counsel for the opposite party.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file her Response to defendants' Motions to Dismiss (#13) on or before December 9, 2016. Failure to file a timely Response may lead to the dismissal of plaintiff's case without further notice.

Signed: November 23, 2016

Max O. Cogburn Jr
United States District Judge