# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sharon-Victoria Dye, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00681-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| SD Trust | ) | |
| John Stumpf | ) | |
| Funds Management Branch | ) | |
| USA | ) | |
| Wells Fargo, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2017 Order.

Signed: January 9, 2017

_____
Frank G. Johns, Clerk
United States District Court